UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS

Byron White

(Enter above the full name of the plaintiff or plaintiffs in this action)

vs.

Cook County
Superintendent Thomas
Commander Tate
Sgt. McCoy
DFM Employee 1
DFM Employee 2    DFM Employee 3

(Enter above the full name of ALL defendants in this action. Do not use "et al.")

**RECEIVED**

JUL 08 2016

THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

1:16-cv-7120
Judge Sara L. Ellis
Magistrate Judge Young B. Kim
PC8

CHECK ONE ONLY:

[X] COMPLAINT UNDER THE CIVIL RIGHTS ACT, TITLE 42 SECTION 1983 U.S. Code (state, county, or municipal defendants)

[✓] COMPLAINT UNDER THE CONSTITUTION ("BIVENS" ACTION), TITLE 28 SECTION 1331 U.S. Code (federal defendants)

OTHER (cite statute, if known)
Count 1: Deliberate Indifference (42 USC 1983)
Count 2: Deliberate Indifference (42 USC 1983)
Count 3: Tort - Negligence

BEFORE FILLING OUT THIS COMPLAINT, PLEASE REFER TO "INSTRUCTIONS FOR FILING." FOLLOW THESE INSTRUCTIONS CAREFULLY.

Count 4: Indemnification

I. **Plaintiff(s):**

A. Name: Byron White

B. List all aliases: n/a

C. Prisoner identification number: 2014-0918251

D. Place of present confinement: Cook County Jail

E. Address: 2700 S. California Ave Chgo IL 60608

(If there is more than one plaintiff, then each plaintiff must list his or her name, aliases, I.D. number, place of confinement, and current address according to the above format on a separate sheet of paper.)

II. **Defendant(s):**
(In **A** below, place the full name of the first defendant in the first blank, his or her official position in the second blank, and his or her place of employment in the third blank. Space for two additional defendants is provided in **B** and **C**.)

A. Defendant: Cook County

Title: A municipal corporation

Place of Employment: Cook County

B. Defendant: Superintendent Thomas

Title: Superintendent, Div 6, CCDOC

Place of Employment: Cook Co. Sheriff's Office

C. Defendant: Commander Tate

Title: Commander, Div 6, CCDOC

Place of Employment: Cook Co. Sheriff's Office.

(If you have more than three defendants, then all additional defendants must be listed according to the above format on a separate sheet of paper.)

# List all Defendants (continued)

D: Defendant: Sgt. McCoy
   Title: Sgt, Div 6 - CCDOC
   Place of Employment: Cook County Sheriffs Office

E: Defendant: DFM Employee 1
   Title: Plumber
   Place of Employment: Cook Co. Dep't of Facilities Management

F: Defendant: DFM Employee 2
   Title: Plumber
   Place of Employment: Cook Co. Dep't of Facilities Management

G: Defendant: DFM Employee 3
   Title: Plumber - Supervisor
   Place of Employment: Cook Co. Dep't of Facilities Management

III. List ALL lawsuits you (and your co-plaintiffs, if any) have filed in any state or federal court in the United States:

   A. Name of case and docket number: _I dont remember_
   (car accident)

   B. Approximate date of filing lawsuit: _I dont remember_

   C. List all plaintiffs (if you had co-plaintiffs), including any aliases: _Byron White_

   D. List all defendants: _I dont remember_

   E. Court in which the lawsuit was filed (if federal court, name the district; if state court, name the county): _I dont remember_

   F. Name of judge to whom case was assigned: _Dont remember_

   G. Basic claim made: _Personal injury_

   H. Disposition of this case (for example: Was the case dismissed? Was it appealed? Is it still pending?): _Settlement._

   I. Approximate date of disposition: _I dont remember._

**IF YOU HAVE FILED MORE THAN ONE LAWSUIT, THEN YOU MUST DESCRIBE THE ADDITIONAL LAWSUITS ON ANOTHER PIECE OF PAPER, USING THIS SAME FORMAT. REGARDLESS OF HOW MANY CASES YOU HAVE PREVIOUSLY FILED, YOU WILL NOT BE EXCUSED FROM FILLING OUT THIS SECTION COMPLETELY, AND FAILURE TO DO SO MAY RESULT IN DISMISSAL OF YOUR CASE. CO-PLAINTIFFS MUST ALSO LIST ALL CASES THEY HAVE FILED.**

Revised 9/2007

IV. Statement of Claim:

State here as briefly as possible the facts of your case. Describe how each defendant is involved, including names, dates, and places. **Do not give any legal arguments or cite any cases or statutes.** If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. (Use as much space as you need. Attach extra sheets if necessary.)

### Introduction

1. This action arises out of violations of the 8th and 14th amendments to the U.S. Constitution where defendants deliberately disregarded a threat to plaintiff's health and safety where they housed Plaintiff on a tier at Div 6 in Cook Co. jail that repeatedly backs up raw sewage through all the toilets on the bottom half of the tier, thereby exposing Plaintiff to human wastes. Plaintiff also seeks the tort claim for Negligence against defendants, and Indemnification against Cook County.

### Facts

2. Plaintiff is currently a pretrial detainee at Cook County jail

3. While in custody, he was residing on tier 1-Q in Division 6 on or around Nov. 2015 through Jan. 2016.

4. While being housed there, all the toilets on the bottom half of the tier backed up raw sewage, spewing out in approximately 2 second intervals. This occurred on several occations during his

4

Revised 9/2007

Stay there. On one occation, it occured very early in the morning. Plaintiff was awakened to the sounds of inmates screaming and the gushing sound of raw sewage coming out of the toliet. One occation, plaintiff slipped and fell in the cell, causing substantial pain and injury.

5. One occation, they moved the tier from 1Q to 1A. Other occations, Plaintiff and fellow inmates were put in a recreation area, the jail sent a sanitation crew to suck up all the sewage with a mashine, then sent the tier back to the cells, with the dayroom and cells smelling like Human waste for days.

6. The plumbers (OFM employees 1 and 2) were asked by inmates, whats wrong with the plumbing. They simply shrugged their shoulders/stating "I dont know, we rodded it out already" while eating sunflower seeds.

7. Sgt. McCoy, the commander and superintendent all admitted that this has been occurring for "years" but stated (Thomas) "we don't know what the issue is, it's alot bigger than you all think it is".

8. One occasion, while plaintiff was housed on 1-Q, CCDOC records indicated the tier was "Closed", when in fact it was not.

9. Sgt. McCoy came to the tier and stated "it's not that bad, your all acting like you never smelled it before".

10. All of the defendants had first hand knowledge that there was a serious health risk posed to inmates health because it was occuring for "years", and knew, if they didn't know how to fix it, then had a duty to close down and secure the area. this happend several occations within the knowledge of all defendants while plaintiff was housed there.

## Count 1: Deliberate Indifference To Safety & Health Against Tate, McCoy & Thomas.

11. Plaintiff incorporates by reference paragraphs 1-10 as though fully set forth in this Count 1.

12. CCDOC responded to the multiple grievances, by stating that the issue was "resolved", while at the same time, knowing that the issue was in fact not resolved. they made no meaningful assessment of the status of the repairs, if any orders at all.

13. McCoy, Tate and Thomas are all liable for Deliberate indifference to safety and health as that, they sat by and allowed this to occur on multiple occations, while plaintiff was housed there when they had a duty to close down the area if a repair issue cannot be resolved.

14. They all had personal knowledge that the risk of exposure to human wastes existed, and intentionally disregarded that imminent risk.

## Count II: Deliberate Indifference To Safety & Health Against DFM Employees 1, 2 & 3

15. Plaintiff incorporates by reference paragraphs 1-14 as though fully set forth in this count 2.

16. CCDFM employees 1, 2 (plumbers) and their supervisor, (DFM #3) were all deliberately indifferent to plaintiffs health and safety. They knew that rodding out a pipe for years, however many times was not the source of the problem, but because of laziness and not having the necessary expierience, knowledge or training — intentionally took the easy route, and did work that they knew would not resolve the problem and continue to expose inmates to sewage. Some occations they were seen laughing about the situation.

## Count III:
## Negligence Against All Defendant

17. Plaintiff incorporates by reference paragraphs 1-16 as though fully set forth in this Count III.

18. Defendants are all responsible for providing plaintiff with a safe and Healthy Shelter and overall living environment. And in the event that shelter gets compromised, they were duty bound to immediately address it or close the area down. Defendants owed plaintiff a duty of care and they breached that duty, by further exposing plaintiff to raw sewage and human wastes.

## Count IV
## Indemnification

19. Plaintiff restates Para. 17.

20. Cook county is the indemnifying entity for the actions or inactions of the defendants described above. Plaintiff demands that in the event the defendants are to be found liable for one or more of the claims set forth herein, that cook county be found liable for any damages incurred thereon.

## Conclution.

21. Plaintiff suffered physical and emotional injuries while being exposed to human wastes. He slipped and fell which caused substantial injury and pain. He has or feels constant anxiety, stress and nightmares since then. When a toliet flushes he jumps down from the bunk in fear thinking its always reoccuring. Plaintiff is entitled to compensatory and punitive damages, and seeks the same.

V.  Relief:

State briefly exactly what you want the court to do for you. Make no legal arguments. Cite no cases or statutes.

(1) Compensatory Damages, (2) Punitive Damages to Be disclosed at a later date

VI.  The plaintiff demands that the case be tried by a jury. ☑ YES ☐ NO

## CERTIFICATION

By signing this Complaint, I certify that the facts stated in this Complaint are true to the best of my knowledge, information and belief. I understand that if this certification is not correct, I may be subject to sanctions by the Court.

Signed this 20 day of June, 2016

Byron White
(Signature of plaintiff or plaintiffs)

Byron WHitE
(Print name)

20140918251
(I.D. Number)

Cook Co. jail
2700 S. California Ave
CHgo IL 60608.
(Address)

Byron White
# 2014 0918251
PoBox 089002
Chicago, IL 60608

1:16-cv-7120
Judge Sara L. Ellis
Magistrate Judge Young B. Kim
PC8

RECEIVED
JUL 0 8 2016
THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

United States District Court
Attn: Prisoner Correspondent
219 S. Dearborn Street
Chicago, IL 60604