United States District Court
Northern District of Illinois
Eastern Division

**FILED**
SEP 16 2016
DJ - Sep 16, 2016
THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

Byron White,
    Plaintiff,

v.

Cook County, et al.
    Defendants.

Case No: 16-cv-7120

The Honorable Sara Ellis

---

## Plaintiff's Request For PLRA Screening Pursuant To 28 U.S.C. §1915 and 42 U.S.C. §1997E(c)(1).

Now comes the Plaintiff, Byron White, and respectfully moves this Honorable Court to Conduct a Screening of the filed complaint Pursuant to 28 USC 1915 (e)(2); 28 U.S.C. 1915(A) and 42 U.S.C. 1997(e)(c)(1). In Support of this the Plaintiff States as follows:

1. On or around July 11 2016 Plaintiff filed a civil rights complaint against Cook County and various personnel alleging he was housed in a Living unit which exposed him to human wastes on multiple occasions. Plaintiff claimed violations of the 14th Amendment through Section 1983 and various tort claims.

2. To date plaintiff has not received an order from the court for screening of the complaint.

Wherefore Plaintiff Prays this Honorable court (a) Screen the complaint; (b) whatever else the Honorable Court deems fair and just.

Respectfully Submitted,

9-12-2016

S/ Byron White

Byron P. White
# 2014-0918251
PoBox: 089002
Chicago, IL, 60608

## Certificate of Service

The undersigned hereby certifies that he served true and correct copies of the foregoing upon: Anita Alvarez, Cook Co. States Atty, 50 W. Washington Ste 500, Chicago, IL, 60602 via U.S. mail, Postage Prepaid, on this 12 day of Sept, 2016 a.d.

S/ Byron White

Byron P. White
#2014-0918251
PoBox: 089002
Chicago, IL, 60608