**16-cv-07120**

9-27-16

Dear prisoner correspondent;

Pursuant to order of the court I amended the complaint and made court copies and service copies, but due to lack of postage, And time constraints due to deadlines — I sent the court copy first — I will be sending the service copies as soon as possible.

FILED

OCT 03 2016
10-3-16 EAA
THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT