

11-18-2016

Re: 16cv-7120

Dear Prisoner Correspondent,

I have sent the amended complaint as ordered by the court, but the court has still not conducted the PLRA Screening of it. I respectfully request for PLRA Screening of the amended complaint.

Thank you, Respectfully,

S/ Byron White

**FILED**

NOV 28 2016 ᵉᴬᴳ

THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

Byron White
#20140918251
PoBox: 089002
Chicago, IL, 60608