[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

**FILED**
1/12/2017
THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

RECEIVED
JAN 0 3 2017 AD
THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

Byron White
_____
_____

(Enter above the full name of the plaintiff or plaintiffs in this action)

vs.

Cook County
Superintendent Thomas
Commander Tate
Sgt. McCoy
DFM Employee 1
DFM Employee 2     DFM Employee 3

(Enter above the full name of ALL defendants in this action. Do not use "et al.")

Case No: 16 C 7120
(To be supplied by the Clerk of this Court)

The Honorable Sara L. Ellis

CHECK ONE ONLY:      **AMENDED COMPLAINT**

_____ COMPLAINT UNDER THE CIVIL RIGHTS ACT, TITLE 42 SECTION 1983 U.S. Code (state, county, or municipal defendants)

_____ COMPLAINT UNDER THE CONSTITUTION ("BIVENS" ACTION), TITLE 28 SECTION 1331 U.S. Code (federal defendants)

__X__ OTHER (cite statute, if known)

Count 1) Deliberate Indifference (§1983)
Count 2) Deliberate Indifference (§1983)
Count 3) Tort - Negligence
Count 4) Indemnification

BEFORE FILLING OUT THIS COMPLAINT, PLEASE REFER TO "INSTRUCTIONS FOR FILING." FOLLOW THESE INSTRUCTIONS CAREFULLY.

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

I. **Plaintiff(s):**

    A.    Name: Byron White

    B.    List all aliases: n/a

    C.    Prisoner identification number: 20140918251

    D.    Place of present confinement: Cook County Jail

    E.    Address: 2700 S. California Blvd, Chicago, IL 60608

(If there is more than one plaintiff, then each plaintiff must list his or her name, aliases, I.D. number, place of confinement, and current address according to the above format on a separate sheet of paper.)

II. **Defendant(s):**
(In **A** below, place the full name of the first defendant in the first blank, his or her official position in the second blank, and his or her place of employment in the third blank. Space for two additional defendants is provided in **B** and **C**.)

    A.    Defendant: Cook County

           Title: A municipal corporation

           Place of Employment: Cook County

    B.    Defendant: Superintendent Thomas

           Title: Superintendent - Division 6 - CCDOC

           Place of Employment: Cook County Sheriffs Office

    C.    Defendant: Commander Tate

           Title: Commander - Division 6 - CCDOC

           Place of Employment: Cook County Sheriff's office

(If you have more than three defendants, then all additional defendants must be listed according to the above format on a separate sheet of paper.)

Revised 9/2007

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

# List all Defendants (continued)

D: Defendant: Sgt. McCoy
Title: Sgt, Div 6 - CCDOC
Place of Employment: Cook County Sheriff's Office

E: Defendant: DFM Employee 1
Title: Plumber
Place of Employment: Cook Co. Dep't of Facilities Management

F: Defendant: DFM Employee 2
Title: Plumber
Place of Employment: Cook Co. Dep't of Facilities Management

G: Defendant: DFM Employee 3
Title: Plumber - Supervisor
Place of Employment: Cook Co. Dep't of Facilities Management

III. List ALL lawsuits you (and your co-plaintiffs, if any) have filed in any state or federal court in the United States:

A. Name of case and docket number: *I dont remember (car accident)*

B. Approximate date of filing lawsuit: *I dont remember*

C. List all plaintiffs (if you had co-plaintiffs), including any aliases: *Byron White*

D. List all defendants: *I dont remember*

E. Court in which the lawsuit was filed (if federal court, name the district; if state court, name the county): *I dont remember*

F. Name of judge to whom case was assigned: *Dont remember*

G. Basic claim made: *Personal injury*

H. Disposition of this case (for example: Was the case dismissed? Was it appealed? Is it still pending?): *Settlement*

I. Approximate date of disposition: *I dont remeber*

**IF YOU HAVE FILED MORE THAN ONE LAWSUIT, THEN YOU MUST DESCRIBE THE ADDITIONAL LAWSUITS ON ANOTHER PIECE OF PAPER, USING THIS SAME FORMAT. REGARDLESS OF HOW MANY CASES YOU HAVE PREVIOUSLY FILED, YOU WILL NOT BE EXCUSED FROM FILLING OUT THIS SECTION COMPLETELY, AND FAILURE TO DO SO MAY RESULT IN DISMISSAL OF YOUR CASE. CO-PLAINTIFFS MUST ALSO LIST ALL CASES THEY HAVE FILED.**

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

IV.     **Statement of Claim:**

State here as briefly as possible the facts of your case. Describe how each defendant is involved, including names, dates, and places. **Do not give any legal arguments or cite any cases or statutes.** If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. (Use as much space as you need. Attach extra sheets if necessary.)

Introduction.

1. This action arises out of violations of the 8th and 14th amendments to the U.S. Const. where defendants deliberately disregarded a threat to Plaintiff's health and safety where they housed Plaintiff in a cell in Cook Co. jail Div 6, on the Bottom tier that repeatedly backs up raw sewage through all the toilets on the bottom tier, including the toilet in his cell. Thereby exposing plaintiff to human wastes. Plaintiff also seeks the Tort of Negligence against defendants. And Indemnification against Cook County.

2. Plaintiff is currently a pretrial detainee at Cook County Jail

3. While in custody, he was residing on tier 1Q in Div. 6, Cell 6 on the bottom tier on or around

4

Revised 9/2007

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

Nov. 2015 through Jan 2016.

4. While being housed there, all the toliets on the bottom tier, including the toliet in plaintiff's cell, while he was in there — backed up raw sewage, spewing out violently leaving 3 to 4 inches of raw sewage, fecal matter and human wastes in Plaintiffs cell while he was in it. This happened on several occations during his stay there. On one occation, it occured very early in the morning Plaintiff was awakened to the sounds of inmates screaming and the sound of raw sewage coming out of the toliet. One occation, Plaintiff slipped and fell in the cell, causing substantial pain and injury. He slipped because there was over 3 inches of raw sewage in his cell, he was attempting to save his property.

5. The administration did not adequately sanitize the tier. Some of the occations the Plaintiff would come back up to the tier and there would still be fecal matter stuck on the walls in his cell and under the floor tiles in his cell. The smell lasted weeks on end

5

Revised 9/2007

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

6. The Plumbers (DFM Employees 1 and 2) were asked by inmates what's wrong with the plumbing. They simply shrugged their shoulders. Stating "I don't know we rodded it out already" while eating Sunflower seeds.

7. Sgt. McCoy, the commander and superintendent all admitted that this has been occuring for "years". But Thomas admitted the issue is alot "Bigger than you all think it is".

8. One occation, while Plaintiff was housed on 1-Q, CCDOC records indicated the tier was "closed", when in fact it was not.

9. Sgt. McCoy came to the tier and stated "it's not that bad, your all acting like you never smelled it before".

10. All of the defendants had first hand knowledge that there was a serious health risk posed to inmates health because it was occuring for "years", and knew, if they didn't know how to fix it, then had a duty to close down and secure the area. This happened several occations within the knowledge of all defendants while,

Plaintiff was housed there. Every Defendant, McCoy, Thomas, The Plumbers and their Supervisor knew a few things to make their actions rise to (or inactions) the level of deliberate indifference. Firstly they knew that it repeatedly occurs. Secondly they knew most of the time, when it does occur - that inmates are locked in their cells, they know that when it happens, it happens violently, and includes multiple inches of human wastes, urine, fecal matter and leaves inmates like Plaintiff to walk around in it in their cells and be repeatedly exposed to it while trying to save their property. They knew that the problem was "alot bigger" than simply rodding out a pipe and intentionally kept the tier open when their General orders/policies mandate them to permanently close it. The Defendants forseen every instance that Plaintiff was forced to be exposed to a pond of sewage in his own cell. They knew it was going to happen before it happened, but allowed him to be exposed anyway.

11. A couple of the occations Plaintiff was forced to stay in his cell for over an hour by the defendants, in the fecal matter. On another occation, they simply gave Plaintiff a broom

12. Some of the occasions Plaintiffs water was completely turned off in his cell, leaving him no ability to even clean up on his own.

13. Plaintiff, by being exposed to fecal matter intentionally by defendants caused him to be suseptable to diseases such as hepatitis, Shingella and other serious diseases. He need not contract a disease for it to be a constitutional violation. Since the exposure itself to future risk of harm is actionable.

14. Plaintiff slipped and fell while attempting to save his property. He contracted a form of a skin rash or irritation from the occurance which was eventually treated after months of complaints.

15. The Defendants knew of the forseeable risk of exposure to human wastes and deliberately disregarded the risk. They created the inevitable scenario where Plaintiff would be exposed to inches of raw human wastes in his cell and knew that fecal matter stayed stuck on his walls in his cell, and under the floor tiles in the cell for weeks on end if not months without giving him the proper supplies to clean it.

16. The Defendants actions or inactions caused Plaintiff injury and months upon months of exposure and occurance upon occurance. It took Defendants 3 to 4 months to finally close the tier and permanently move Plaintiff. Something they were supposed to do immediately according to their Policies/G.o's.

## Count I:

### Deliberate Indifference To Safety And Health Against Tate, McCoy & Thomas

17. Plaintiff incorporates by reference Paragraphs 1-16 as though fully set forth in this count 1.

18. CCDOC responded to the multiple grievances, by stating that the issue was "resolved", while at the same time knowing that the issue was in fact not resolved. They made no meaningful assessment of the status of the repairs, if any orders at all.

19. McCoy, Tate and Thomas are all liable for deliberate indifference to safety and health as that, they sat by and allowed it to occur on multiple occasions, while plaintiff was housed there when they had a duty to close down the area if a repair issue cannot be resolved.

20. They all had personal knowledge that the risk of exposure to human wastes existed, and intentionally disregarded that imminent risk, knowing plaintiff will have to live through the ordeal over and over again, and possibly contract Hepatitis, Shingella or other serious diseases.

## Count II: Deliberate Indifference To Safety And Health, Against OFM Employees 1, 2 & 3

21. Plaintiff incorporates by reference paragraphs 1-20, as though fully set forth in this count 2.

22. CCDFM employees 1, 2 (Plumbers) and their supervisor (DFM #3) were all deliberately indifferent to plaintiff's health and safety. They knew that rodding out a pipe for years, however many times was not the source of the problem, but because of laziness and not having the necessary experience, knowledge or training — intentionally took the easy route and did work they knew wouldn't resolve the problem. Some occasions they were seen laughing about the situation. They knew the real problem was difficult and costly to fix and intentionally didn't fix it

# Count III:
# Negligence Against All Defendant

23. ~~17.~~ Plaintiff incorporates by reference paragraphs 1-~~16~~ 23 as though fully set forth in this count III.

24. ~~18.~~ Defendants are all responsible for providing plaintiff with a safe and Healthy shelter and overall living environment. And in the event that shelter gets compromised, they were duty bound to immediately address it or close the area down. Defendants owed plaintiff a duty of care and they breached that duty, by further exposing plaintiff to raw sewage and human wastes.

# Count IV
# Indemnification.

~~19. Plaintiff restates para. 17.~~

25. 20. ~~19.~~ Cook county is the indemnifying entity for the actions or inactions of the defendants described above. Plaintiff demands that in the event the defendants are to be found liable for one or more of the claims set forth herein, that Cook county be found liable for any damages incurred thereon.

## Conclution.

26. 21. Plaintiff suffered physical and emotional injuries while being exposed to human wastes. He slipped and fell which caused substential injury and pain. He has or feels constant anxiety, stress and nightmares since then. When a toliet flushes he jumps down from the bunk in fear thinking its always reoccuring. Plaintiff is entitled to compensatory and punitive damages, and seeks the same.

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

V. **Relief:**

State briefly exactly what you want the court to do for you. Make no legal arguments. Cite no cases or statutes.

(1) Compensatory Damages (2) Punitive Damages To Be disclosed in the future.

VI. The plaintiff demands that the case be tried by a jury. ☑ YES ☐ NO

### CERTIFICATION

By signing this Complaint, I certify that the facts stated in this Complaint are true to the best of my knowledge, information and belief. I understand that if this certification is not correct, I may be subject to sanctions by the Court.

Signed this 22 day of 12, 2016

_Byron White_
(Signature of plaintiff or plaintiffs)

Byron White
(Print name)

#20140918251
(I.D. Number)

Cook Co. Jail
2700 S. California Blvd.
Chicago, IL 60608
(Address)

BYRON WHITE
P.O BOX 089002
CHgo IL 60617

2017 JAN -3 PM 2:19

United States District Court
ATTN: Prisoner Correspondent
219 S, Dearborn St.
Chgo IL 60604


01/03/2017-30

60604-180099