

**UNITED STATES DISTRICT COURT**
NORTHERN DISTRICT OF ILLINOIS
219 SOUTH DEARBORN STREET
CHICAGO, ILLINOIS 60604

**THOMAS G. BRUTON**
**CLERK**                                                                                                    312-435-5670

January 19, 2017

Byron White
2014-0918251
Cook County Jail
P.O. Box 089002
Chicago, IL   60608

RE: Notification of eligibility to take place in the Early Access and Relief (EAR) program

Dear Byron White:

On July 8, 2016, the United States District Court for the Northern District of Illinois received your documents and assigned case # 16-cv-07120.   After reviewing the documents that you provided, your claim appears to be eligible for the Court's Early Access and Relief (EAR) program.

The goal of the EAR program is to provide an early review and resolution of your claim.   An EAR Hearing will be conducted before a United States District Court Judge.   The EAR Hearing will provide you an opportunity to have early access to the court to review your claim.   If you consent to this EAR Hearing, the Court will recruit an attorney on a limited basis to assist you during the hearing.   The Cook County Sheriff will have attorneys present, and a court reporter will take the official record of the hearing.

During the EAR Hearing, the judge will listen to your claim and discuss case resolution prior to an extensive discovery or depositions being taken.   While hearing your claim, the Cook County Sheriff will provide to your recruited attorney and the judge a limited initial disclosure of basic documentation that is relevant to your claim.   The documents will assist the Court and the recruited pro bono attorney assigned to the hearing date in determining the next steps.

During the hearing, the possible results are:

1. Settlement of the case.
2. Discussion of the necessary steps you must take if the case goes forward.
3. If you do not reach a settlement on the day of the hearing, the United States District Judge assigned to the hearing will make a determination on any pending motions for recruited counsel.
4. If your case does not reach a settlement on the day of the EAR hearing, your case will return to the docket of the assigned district judge and continue under the standard court procedures.

This program is completely voluntary and it is your choice to take part in the EAR program. Please review this letter and determine if you prefer to take part in this program or if you would like to have your case continue through the standard court procedures. Please understand that if you consent to proceed, the pro bono attorney will only be recruited to assist you on the day of the hearing, not for any other purpose.

You must complete the enclosed consent form and mail the response back to the Court at 219 S. Dearborn Street, Chicago, IL 60604, within seven days of receipt of this letter so that the Clerk of Court can schedule your hearing or notify the judge assigned to your case to proceed under the standard procedures. Your response will be placed in the official court records.

Sincerely,

*Thomas G. Bruton*

Thomas G. Bruton
Clerk of Court

CC: Docket

Rev. 05/17/2016

UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS

RESPONSE TO NOTIFICATION FROM COURT THAT CASE IS ELIGIBLE TO PROCEED
UNDER THE EAR PROGRAM

NAME OF PLAINTIFF: Byron White

CASE NUMBER: 16-cv-07120

☐ After reviewing the letter from the Court, I consent to proceed before a United States District Court Judge in the EAR Program. I understand that I will be provided the date and time of the EAR Hearing by mail. I will have an attorney recruited for the limited purpose of assisting me during the EAR Hearing. I further understand that this attorney will not represent me before or after this hearing.

☐ After reviewing the letter from the Court, I do not consent to take part in the EAR program. I understand that my case will proceed in the Northern District of Illinois.

This form must be mailed back to the Court within seven days of receipt.

_____     _____
Signature of Plaintiff                                      Date

Please confirm your current mailing address:
_____
_____
_____
_____

**Return this completed and signed form to:**     Clerk's Office
United States District Court
219 S. Dearborn Street, 20th Floor
Chicago, IL 60604

Rev. 05/17/2016