# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS

### RESPONSE TO NOTIFICATION FROM COURT THAT CASE IS ELIGIBLE TO PROCEED UNDER THE EAR PROGRAM

NAME OF PLAINTIFF: Byron White

CASE NUMBER: 16-cv-07120

**FILED**
JAN 30 2017
THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

[X] After reviewing the letter from the Court, I consent to proceed before a United States District Court Judge in the EAR Program. I understand that I will be provided the date and time of the EAR Hearing by mail. I will have an attorney recruited for the limited purpose of assisting me during the EAR Hearing. I further understand that this attorney will not represent me before or after this hearing.

[ ] After reviewing the letter from the Court, I do not consent to take part in the EAR program. I understand that my case will proceed in the Northern District of Illinois.

This form must be mailed back to the Court within seven days of receipt.

_Byron White_      1/25/17
Signature of Plaintiff      Date

Please confirm your current mailing address:
BYRON WHITE, P.O BOX 089002
CHgo IL - 60608
#2014 0918251

Return this completed and signed form to:

Clerk's Office
United States District Court
219 S. Dearborn Street, 20th Floor
Chicago, IL 60604

Rev. 05/17/2016

Byron White
P.O Box 089002
Chgo IL 60608

2017 JAN 30 PM 2:05



01/30/2017-30

Clerks office
United States District Court
219 S. Dearborn Street, 20th Fl
Chgo, IL 60604

60604-189420