BW

2/23/17

Re: Case No: 16 CV 7120

WHITE V COOK COUNTy et al

Notice of Change of Address

Dear Prisoners Correspondence

I write to inform you that I have a change of address To: Stateville/NRC
P.O Box 112
Joliet, IL 60434

This stay here is temporal, But please feel free to send All future papers to this address!

T. [signature]

Byron White

FILED
FEB 27 2017 EAA
2-27-2017
THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

Byron White
IDOC # B53533

BY WHITE
P.O BOX 112
JOLIET IL 60434

B55555

2017 FEB 27 PM 12:58

CLERK
U.S DISTRICT COURT

office of
Clerk of The U.S. District court
United States court House
219 Dearborn
Chgo IL 60604

ATTN: PRISONER
CORRESPONDENCE

IDOC INMATE
LEGAL MAIL

Privileged

02/27/2017-58

60604-180099


