NG

3/5/17

Re: Case No: 16CV7120

White v. Cook County et al

FILED
MAR 09 2017
THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

Notice of Change of Address

Dear Prisoner Correspondent,

I write to inform you that I had a change of address to:

Byron White B53533
P.O Box 500
Vandalia IL 62471   V.C.C

Please send all future papers to the new address

Thank you,

S/ Byron White

Byron White
#B53533

B. White R53583
P.O Box 500
Vandalia IL 62471

03/09/2017-2

Clerk of the
U.S District Court
219 S. Dearborn
Chgo IL 60604

ATTN
Prisoners
Correspondence

legal

FOREVER USA

THIS CORRESPONDENCE IS
FROM AN INMATE OF THE
ILLINOIS DEPARTMENT
OF CORRECTIONS




ZIP 62471
02 4W
0000333268 MAR 07 2017
$ 000.00





THIS ENVELOPE IS RECYCLABLE AND MADE WITH 30% POST CONSUMER CONTENT

© USPS 2013