3/5/17

Re: Case No: 16CV7120

White v. Cook County et al

**Notice of Change of Address**

FILED
MAR 09 2017
THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

Dear Prisoner Correspondent,

I write to inform you that I had a change of address to:

Byron White B53533
P.O Box 500
Vandalia IL 62471   V.C.C

Please send all future papers to the new address

Thank you,

S/ Byron White

Byron White
#B53533

B. White P53583
P.O Box 500
Vandalia IL 62471

Clerk of the
U.S District Court
219 S. Dearborn
Chgo IL 60604

ATTN
Prisoners
Correspondence

legal

THIS CORRESPONDENCE IS
FROM AN INMATE OF THE
ILLINOIS DEPARTMENT
OF CORRECTIONS





» PITNEY BOWES

ZIP 62471   $ 000.00⁰
02 4W
0000333268   MAR 07 2017





FSC MIX Paper

THIS ENVELOPE IS RECYCLABLE AND MADE WITH 30% POST CONSUMER CONTENT    © USPS 2013