# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | | |
|---|---|---|
| BYRON WHITE, | ) | |
| | ) | |
| Plaintiff, | ) | 17 C 7120 |
| | ) | |
| vs. | ) | Honorable Judge |
| | ) | Sara L. Ellis |
| COOK COUNTY, et. al., | ) | |
| | ) | |
| Defendants. | ) | |

### NOTICE OF FILING DEFENDANTS' ANSWER TO PLAINTIFF'S AMENDED COMPLAINT

To: Byron White
B-53533
P.O. Box 500
Vandalia, IL 62471

**PLEASE TAKE NOTICE** that on April 11, 2017, I caused to be filed with the Clerk of the United States District Court, Northern District of Illinois, the attached Defendants' Answer to Plaintiff's Amended Complaint.

    Respectfully submitted,

    KIMBERLY M. FOXX
    State's Attorney of Cook County

    BY:*/s/ Jordan L. Matthis*
    Jordan L. Matthis
    Assistant State's Attorney
    Cook County State's Attorney's Office
    500 Richard J. Daley Center
    Chicago, Illinois 60601
    (312) 603-5527

**CERTIFICATE OF SERVICE**

To: Byron White
B-53533
P.O. Box 500
Vandalia, IL 62471

I, Jordan L. Matthis, Assistant State's Attorney, hereby certify that the attached Defendants' Answer to Plaintiff's Amended Complaint was served by U.S. Mail to the above person on April 12, 2017.

KIMBERLY M. FOXX
State's Attorney of Cook County

BY: /s/ Jordan L. Matthis
Jordan L. Matthis
Assistant State's Attorney
Cook County State's Attorney's Office
500 Richard J. Daley Center
Chicago, Illinois 60601
(312) 603-5527