United States District Court
Northern District of Illinois NE
Eastern Division

**FILED**
APR 06 2017
THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

Byron White,
    Plaintiff.

vs.

Cook County, et al.
    Defendants.

Case No: 16-cv-7120

The Honorable SARA ELLIS

## Plaintiff's First Set of Production of Document Requests Upon Defendants

Plaintiff hereby submits his first set of production requests directed upon defendants pursuant to the Federal Rules of Civil Procedure. Plaintiff requests the documents be produced within 30 days after service hereof.

### Production Requests

1. Produce any and all work orders submitted by Dep't of Facilities Management (hereinafter "DFM") employees for Division 6-1-Q from Jan 2015 through Jan 31 2016.

2. Produce any and all work orders submitted by CCDOC staff for Div 6-1-Q from Jan 2015 through Jan 31 2016

3. Produce CCDOC and DFM's Document retention policy.

4. Produce complete Sanitation guidelines and Policies relevant in any way to Living conditions.

5. Produce any and all general orders and policies which evidence Health Safety and Sanitation of Living units.

6. Produce all sanitation crew logs/logbooks for Div 6 for the year of 2015 - Jan 31 2016

7. Produce all sanitation Schedules, requisitions and Plan of action forms for Div 6 for 2015 - Jan 31 2016

8. Produce Div 6-1-Q video Surviellance logs for 2015 - Jan 31 2016

9. Produce complete Classification/Housing list for 6-1-Q from 7/2015 - through 3/2016

10. Produce Cermak Health Services Policies concerning bio-hazardous wastes.

11. Produce any and all inmate complaints of anything regarding 6-1-Q's Sewage/Toilet back up issues from Jan 2015 through Jan 31 2016.

Respectfully Submitted

S/ Byron White

Plaintiff Byron White
# B53533
P.O Box 500
Vandalia, IL 62471

Certificate of service

This is to certify that I have served true & correct copies of the foregoing upon: Kim Foxx, Cook County States Attorney
IA/S/A Eric Sussman
50 W. Washington St Ste 500, Chicago, IL 60602

Via US mail prepaid postage, on this day 3 of April 2017

Byron White — Byron White
# B53533
P.O Box 500
Vandalia, IL 62471

B. White B53533
PO Box 500
Vandalia, IL 62471

Legal mail
YS

2017 APR -6 AM
CLERK
U.S. DISTRICT COURT

Att Prisoners Correspondence

To The U.S. District court
clerk of The court office
219 S. Dearborn
Chicago IL 60604

04/06/2017-14

