**UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | | |
|---|---|---|
| BYRON WHITE, | ) | |
| | ) | |
| Plaintiff, | ) | 17 C 7120 |
| | ) | |
| vs. | ) | Honorable Judge |
| | ) | Sara L. Ellis |
| COOK COUNTY, et. al., | ) | |
| | ) | |
| Defendants. | ) | |

JOINT INITIAL STATUS REPORT

1. The Nature of the Case:
    a. **For the Plaintiff**: Byron White B-53533, P.O. Box 500, Vandalia, IL 62471, Pro

       Se. **For the Defendants**: Assistant State's Attorneys Jordan L. Matthis and

       Anthony E. Zecchin of the Cook County State's Attorney's Office, 50 W.

       Washington, Chicago, IL 60601.

    b. Plaintiff is alleging inadequate conditions while detained in Cook County Jail

       arising to the level of deliberate indifference to his health and safety. Specifically,

       Plaintiff alleges a plumbing issue that resulted in flooding and inadequate

       sanitation procedures following.

    c. Whether conditions rose to the level of deliberate indifference to Plaintiff's health

       and safety.

    d. Plaintiff is seeking compensatory and punitive damages.

2. Jurisdiction:

    a. Plaintiff's claims are based on federal statute 42 U.S.C. § 1983, therefore, this

       court has subject matter jurisdiction over these claims.

3. Status of Service:

   a. Per Plaintiff, there are no additional defendants needing to be served that have

      not.

4. Consent to Proceed Before a United States Magistrate Judge:

   a. Parties unanimously consent to proceed before the Magistrate Judge

5. Motions:

   a. There are no motions pending at this time.

   b. The Defendants have responded to the complaint by filing an Answer.

6. Case Plan:

   a. Submit a proposal for a discovery plan, including the following information:

      i. The parties anticipate needing written discovery and deposition testimony

         of parties and others who may have knowledge of discoverable

         information relevant to Plaintiff's claims.

      ii. A date for Rule 26(a)(1) disclosures: June 6, 2017

      iii. A date to issue written discovery: June 6, 2017

      iv. A fact discovery completion date: September 4, 2017

      v. Neither party anticipates needing expert discovery at this time, if the need

         for an expert later arises, a new completion date will be requested.

      vi. A date for the filing of dispositive motions: November 3, 2017

   b. With respect to trial, indicate the following:

      i. Both parties demand a jury trial

      ii. If this matter proceeds to trial, the anticipated length would be 3-4 days.

7. Status of Settlement Discussions

a. Settlement discussions have occurred.

b. At this time, parties are unable to come to an agreement regarding settlement of this case.

c. At this time, the parties do not request a settlement conference.

Respectfully submitted,

KIMBERLY M. FOXX
State's Attorney of Cook County

BY: */s/ Jordan L. Matthis*
Jordan L. Matthis
Assistant State's Attorney
Cook County State's Attorney's Office
500 Richard J. Daley Center
Chicago, Illinois 60601
(312) 603-5527