UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| BYRON WHITE, | ) | |
| | ) | |
| Plaintiff, | ) | 17 C 7120 |
| | ) | |
| vs. | ) | Honorable Judge |
| | ) | Sara L. Ellis |
| COOK COUNTY, et. al., | ) | |
| | ) | |
| Defendants. | ) | |

### NOTICE OF FILING JOINT STATUS REPORT

To: **Byron White B-53533**
P.O. Box 500
Vandalia, IL 62471

    **PLEASE TAKE NOTICE** that on May 5, 2017, I caused to be filed with the Clerk of the United States District Court, Northern District of Illinois, the attached *Joint Status Report.*

    Respectfully submitted,

    KIMBERLY M. FOXX
    State's Attorney of Cook County

    BY:*/s/ Jordan L. Matthis*
    Jordan L. Matthis
    Assistant State's Attorney
    Cook County State's Attorney's Office
    500 Richard J. Daley Center
    Chicago, Illinois 60601
    (312) 603-5527

**CERTIFICATE OF SERVICE**

To: **Byron White B-53533**
P.O. Box 500
Vandalia, IL 62471

    I, Jordan L. Matthis, Assistant State's Attorney, hereby certify that the attached *Joint Status Report* was served by U.S. Mail to the above person on May 5, 2017.

                                            KIMBERLY M. FOXX
                                            State's Attorney of Cook County

                                            BY:*/s/ Jordan L. Matthis*
                                            Jordan L. Matthis
                                            Assistant State's Attorney
                                            Cook County State's Attorney's Office
                                            500 Richard J. Daley Center
                                            Chicago, Illinois 60601
                                            (312) 603-5527