THE HONORABLE SARA L. ELLIS          CASE # 16-CV-7120
                                                              SS

FILED
JUL 24 2017
THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

7/20/2017

Hello Honorable Sara L. Ellis, my name is Byron White Case # 16-CV-7120 - Byron White vs Cook County et al;. The reason I'm writing, I have been trying to obtain documents from the Freedom of Information Act. pursuant to 5ILCS, from Cook County as well as the States attorneys office. I have been writing for documents + receiving replies as to too burdensome as you can see from the copies attached. Im writing because I need the courts help, as I have no where else to turn to for help to receive the proper documents to continue further with my complaint.

Thank you

S/ Byron White

Byron White
B53333
P.O Box 500
Vandalia, IL 62471



# Sheriff's Office of Cook County, Illinois
Richard J. Daley Center
50 W. Washington, Room 704
Chicago, IL 60602
312-603-6444
**Thomas J. Dart**
SHERIFF

May 15, 2017

Mr. Byron White B53533
P.O. Box 500
Vandalia, IL 62471

**RE:** CC Jail Living Unit Log, Daily Roster for Div 6 Tier 1Q for Nov. 9 and 10 2015 7-3, 3-11 & 11-7 Shifts, and November 8, 2015 Living Unit Log for Div. 6 Tier 1Q 11-7 Shift including any unusual or related occurrances & comments.

Dear Mr. White,

Thank you for contacting the Cook County Sheriff's Office ("CCSO") pursuant to the Illinois Freedom of Information Act ("FOIA"), 5 ILCS 140/1 *et seq.* (2012). Your FOIA Request was received in our office on May 8, 2017.

Please be advised that the CCSO is extending its time for response pursuant to 5 ILCS 140/3 as documents responsive to your request are still being generated. Please note that this correspondence does not serve to waive any exemptions available to this public body under FOIA. The CCSO will issue a response on or before May 22, 2017.

Sincerely,

*Nancy Crumpley*

**Nancy Crumpley**
**Administrative Support**
Cook County Sheriff's Office
FOIA /Legal Department



# Sheriff's Office of Cook County, Illinois

Richard J. Daley Center
50 W. Washington, Room 704
Chicago, IL 60602
312-603-6444
**Thomas J. Dart**
SHERIFF

June 12, 2017

Mr. Byron White #B53533
P.O. Box 500
Vandalia, IL  62471

      **RE:**      Request for Officer Living Unit Logs (All Shifts) Nov. 8 - Nov 11, 2015; Any and all notes and complaints/comments for Div. 6 Tier 1Q

Dear Mr. White,

Thank you for contacting the Cook County Sheriff's Office ("CCSO") pursuant to the Illinois Freedom of Information Act ("FOIA"), 5 ILCS 140/1 *et seq.* (2012). Your FOIA Request was received in our office on June 5, 2017.

Please be advised that the CCSO is extending its time for response pursuant to 5 ILCS 140/3 as documents responsive to your request are still being generated. Please note that this correspondence does not serve to waive any exemptions available to this public body under FOIA. The CCSO will issue a response on or before June 19, 2017.

Sincerely,

*Nancy Crumpley*

**Nancy Crumpley**
**Administrative Support**
Cook County Sheriff's Office
FOIA /Legal Department



PHONE (312) 603-6444

# SHERIFF'S OFFICE OF COOK COUNTY, ILLINOIS

RICHARD J. DALEY CENTER
50 W. WASHINGTON - ROOM 704
CHICAGO, IL 60602

**THOMAS J. DART**
SHERIFF

July 5, 2017

Byron White
B53533
P.O. Box 500
Vandalia, IL 62471

      **RE:**    **FOIA Request for Records**

Mr. White,

Thank you for contacting the Cook County Sheriff's Office ("CCSO") pursuant to the Illinois Freedom of Information Act ("FOIA"), 5 ILCS 140/1 *et seq.* (2012). On June 27, 2017, the CCSO received your request for the above referenced records.

In response to your request for the following: dates and times of any and all closures and cause for closure of said Tier 1Q and openings from 6/2014 thru 1/31/2016 and any and all (housed) detainee grievances and complaints for issues concerning sewage, toilet back up from 1/1/2015 thru 1/31/2016, please be advised that at this time the CCSO requests that you narrow your request as compliance would be overly broad and unduly burdensome, pursuant to 5 ILCS 140/3(g).

Please contact me should you require additional information. *mai le e back.*
*7/14/2017,*

Sincerely,

*Natalie West*

Natalie West
FOIA Officer
Cook County Sheriff's Office
Legal Department

PRINTED ON RECYCLED PAPER



PHONE (312) 603-6444

## SHERIFF'S OFFICE OF COOK COUNTY, ILLINOIS

RICHARD J. DALEY CENTER
50 W. WASHINGTON - ROOM 704
CHICAGO, IL 60602

**THOMAS J. DART**
SHERIFF

July 11, 2017

Byron White
B53533
P.O. Box 500
Vandalia, IL 62471

    RE:    **FOIA Request for Officer Living Unit Logs**

Mr. White,

Thank you for contacting the Cook County Sheriff's Office ("CCSO") pursuant to the Illinois Freedom of Information Act ("FOIA"), 5 ILCS 140/1 *et seq.* (2012). On July 3, 2017, the CCSO received your request for the above referenced records.

In response to your request for the following: Officer Living Unit Logs for DIV 6, Tier 1Q from June 2015-January 2016, please be advised that at this time the CCSO requests that you narrow your request as compliance would be overly broad and unduly burdensome, pursuant to 5 ILCS 140/3(g).

Please contact me should you require additional information.

Sincerely,

*Natalie West*

Natalie West
FOIA Officer
Cook County Sheriff's Office
Legal Department

PRINTED ON RECYCLED PAPER

B. WHITE
P.O. Box 500
Vandalia, IL 62471



07/24/2017-92



Office of Clerk of The
U.S. District Courthouse
219 S. Dearborn St.
Chgo, IL 60604

ATTN
Prisoners
Correspondence

