UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

**FILED**
JUL 24 2017
THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

BYRON WHITE
Plaintiff,
            CASE NO: 16-CV-7120
V.S.
COOK County, et, al;       The Honorable SARA Ellis
Defendants

MOTION FOR AN ORDER COMPELLING
DISCOVERY

Plaintiff moves this court for an order pursuant to Rule 37(a) of the Federal Rules of civil Procedure compelling Defendants Cook County, et, al; to produce copies of the following documents. (See Attached documents). Plaintiff submitted a written request for these documents, pursuant to Rule 34 of the Federal Rules of civil procedure on the 3 day of April 2017 But have not yet received the documents. Second notice sent 6 day of June 2017.

Respectfully submitted

s/ Byron White

Plaintiff Byron White
#B53533
P.O Box 500
Vandalia, IL 62471

Certificate of service

This is to certify that I have served true & correct copies of the foregoing upon: Kim Foxx cook county States Attorney
A/S/A Jordan C. Matthis
50 W. Washington St. Ste 500, Chicago, IL 60602

Via U.S mail prepaid postage, on this day 20 of July 2017

Byron White
Byron White
#B53533
P.O Box 500
Vandalia, IL 62471

Defendant Commander Bernessa Tate
C/O Cook County State's Attorney
500 Richard J. Daley Center
Chicago, IL 60602

Director Bilqis Jacobs-El
Facilities Management
69 W. Washington, Suite 3000
Chicago, IL 60602

Investigation continues. Defendants reserve the right to supplement their response as discovery proceeds.

**Rule 26(a)(1)(A)(ii):** A copy— or a description by category and location— of all documents, electronically stored information, and tangible things that the disclosing party has in its possession, custody, or control and may use to support its claims or defenses, unless the use would be solely for impeachment.

**Response:** See the documents identified as set forth below:

| | | |
|---|---|---|
| 1. | Plaintiff's Bed Assignment History from 9/19/14-2/16/17 | See Bates 000026 |
| 2. | Plaintiff's Movement History from 9/18/14-2/15/17. | See Bates 000030-000032 |
| 3. | Plaintiff's Inmate Alerts. | See Bates 000001 |
| 4. | Plaintiff's Inmate Booking Card. | See Bates 000002 |
| 5. | 1 disc containing footage. *I Didn't Receive.* | |
| 6. | Plaintiff's Grievances. | See Bates 000033-000298 |
| 7. | Plaintiff's Incident Reports | See Bates 000027-000029 |
| 8. | Work Orders for Division 6, Tier 1Q from 1/1/15-2/1/16. | See Bates 000011-000025 |
| 9. | Plaintiff's Classification from 9/18/14 and 9/19/14. | See Bates 000003-000010 |

*[Handwritten note: Any + All Detainee's Grievances House d cw 1Q]*

Investigation continues. Defendants reserve the right to supplement their response as discovery proceeds.



B. WHITE B53353
P.O BOX 500
VANDALIA, IL 62471

Legal Mail

Office of clerk of The
U.S District Courthouse
219 S. Dearborn St
Chgo IL 60604

Attn
Prisoners
Correspondence

RECEIVED
JUL 24 2017
THOMAS G. BRUTON
CLERK U.S. DISTRICT COURT