FILED
JUL 24 2017
THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

SS

6/27/17

Re: Case No: 16CV7120

White V Cook County, et. Al.,

Honorable Judge Sara L. Ellis

Notice of Deficiencies to Response of Discovery.

The following information was requested & not Received.

#3. Produce CCDOC and DFM's Document Retention Policy.

4. Produce complete Sanitation guidelines & policies relevant in any living conditions.

5. Produce any & all general orders & polices which evidence Health Safety & sanitation of Living Units.

6. Produce all sanitation crew logs/Logbooks for Div 6 for the year of 2015 - Jan 31 - 2016.

7. Produce all sanitation schedules, requisitions & plan of action forms for Div 6 for 2015 – Jan 31 2016

8. Produce Div 6-1-Q video surveillance logs for 2015 – Jan 31, 2016.

9. Produce complete classifications for Detainees housed on Div 6-1-Q from 7/2015 – 3/2016

10. Produce cermak Health Service's Policies concerning bio-hazardous waste.

11. Produce any & all Detainee's Grievances/complaints of anything regarding Div 6-1-Q's Sewage/toilets back up issues from Jan. 2015 – Jan 31, 2016.

Respectfully submitted
Byron White
Plaintiff #B53533
P.O. Box 500
Vandalia IL 62471

