UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.1.1.2
Eastern Division

Byron White
                         Plaintiff,

v.                                           Case No.: 1:16–cv–07120
                                          Honorable Sara L. Ellis

Cook County, et al.
                         Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Thursday, August 3, 2017:

      MINUTE entry before the Honorable Sara L. Ellis: Motion Hearing regarding [Dkt. 43, 44, 45] is set for 8/9/2017 at 9:45 AM. Defendant shall make Plaintiff available by phone. Mailed notice(rj, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.