# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.1.1.2
### Eastern Division

Byron White

                Plaintiff,

v.                                        Case No.: 1:16–cv–07120
                                                    Honorable Sara L. Ellis

Cook County, et al.

                Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Thursday, August 24, 2017:

      MINUTE entry before the Honorable Sara L. Ellis:Motion hearing held on 8/24/2017. Plaintiff's motion to compel the production of documents [44] is entered and continued to 9/6/17 at 9:30 AM. Plaintiff is required to review discovery received from Defendant and to indicate to the Court what is outstanding. Defendant to video conference Plaintiff to show him the video as indicated in open court. Next status date set for 9/6/17 at 9:30 AM to set new close of discovery date. Mailed notice(rj, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.