United States District Court
Northern District of Illinois
Eastern Division

**FILED**
SEP 01 2017 BW
THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

Byron White
   Plaintiff

vs.

Cook County, et al
   Defendants

Case No: 16-cv-7120

The Honorable
Sara Ellis

---

## Plaintiff's Production Request of Documents upon Defendants.

Plaintiff hereby submits his production of documents request directed upon defendants pursuant to the federal Rules of civil procedure. Plaintiff request the documents be produced within 30 days after service here of.

### Production Request

1. Produce all officer Living unit Logs/Log books for Div 6 Tier 1Q for the year of 2015 - Jan 31, 2016

2. All tier 1Q Div 6 Inspection records or the like of from June 2015 - Jan

3. Furnish all inspection records for Div 6 including any + all state or federal inspection records for the year of 2015

4. Produce all complaints + grievances submitted by staff + Detainee's regarding + relevant to toilet backups + or flooding of Div 6 1Q from June-2015 - Jan 31, 2016 (Living conditions)

5. Produce all treatment logs + records for Detainee's Housed on 1Q/1A Div 6 for the date of Jan 11, 2016 from the Health care unit.

6. Produce your policies on prevention of diseases, infection control, exposure to diseases + or the likes of them.

7. Any + all documents pertaining to repairs performed (Plumbing repairs) or estimates of repairs for ~~~~ Division 6 from 6/2015 - 6/2017

8. Produce all safety + sanitation reports forwarded to the Environmental Health Specialists concerning Div 6 from Jan 2015 - Mar 31 2016

9. Produce all incident reports for Division 6 - 1Q from 6/2015 - 2/2016

10. Produce watch commander log books for Divison 6 from 6/2015 - 2/2016

Respectfully Submitted

S/ Byron White

Certificate of service

The undersign hereby certifies that he served true + correct copies of the foregoing upon Kimberly Foxx, Cook County Atty, Jordan Mattis ASA 50 W. Washington Ste 500, Chicago, IL 60602 via U.S. mail postage paid on this 28 day of August 2017 A.D.

S/ Byron White
Byron White
#B53533
P.O Box 500
Vandalia Ill 62471

BWHITE B55555
P.O Box 500
Vandalia, IL 62471

Legal Mail



ATTN
PRISONERS
Corresponders

Office of The Clerk of
The District Court
U.S Court House
219 S. Dearborn
Chgo, IL 60604

09/01/2017-22






THIS CORRESPONDENCE IS
FROM AN INMATE OF THE
ILLINOIS DEPARTMENT
OF CORRECTIONS