# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| BYRON WHITE, | ) |
| | ) 16 CV 7120 |
| Plaintiff, | ) |
| | ) Judge Sara L. Ellis |
| vs. | ) |
| | ) |
| COOK COUNTY, SUPERINTENDENT THOMAS | ) |
| COMMANDER TATE, SGT. MCCOY | ) |
| | ) |
| Defendants. | ) |

## DEFENDANTS' MOTION FOR LEAVE TO PROCEED WITH DEPOSITION OF AN INCARCERATED INDIVIDUAL AND FOR EXTENSION OF FACT DISCOVERY DEADLINE

Defendants, Cook County, Superintendent Thomas Commander Tate, Seargant McCoy, by and through their attorneys, Gerald M. Dombrowski and Kelly M. Cronin, **Sanchez Daniels & Hoffman LLP,** state the following for their Motion for Leave to Proceed with deposition of an Incarcerated Individual and for an Extension of Fact Discovery Deadline:

1. This matter is a claim for damages under 42 U.S.C. §1983 against the Defendants arising out of an alleged occurrence wherein the toilet in Plaintiff's cell overflowed (living conditions) between November of 2015 and January of 2016.

2. On September 6, 2017, this Honorable Court set a fact discovery deadline of November 30, 2017 (Exhibit "A").

3. On October 13, 2017, Defense counsel Kelly M. Cronin filed her appearance in this matter (Exhibit "B").

4. On October 20, 2017, Defense counsel sent a telephone conference request to Plaintiff at Cook County Department of Corrections. (Exhibit "C").

5. On November 9, 2017, Joanna Kamba, Department of Inmate Services – Cook County Department of Corrections, notified Defense counsel that Plaintiff was transferred to Vandalia Correctional Facility (Exhibit "D").

6. On November 14, 2017, Defense counsel sent another telephone conference request to Plaintiff at Vandalia Correctional Facility (Exhibit "E").

7. On November 15, 2017, Christopher Butkaukas, Vandalia Correctional Center, notified Defense counsel that Plaintiff was being transferred to East Moline Correctional Center on the same day (Exhibit "F").

8. On November 16, 2017, Defense counsel sent a third telephone conference request to Plaintiff at East Moline Correctional Center (Exhibit "G").

9. Defense counsel requested a telephone conference date of November 20, 2017, but has not yet received confirmation of the third telephone conference request from East Moline Correctional Center.

10. As such, Defense counsel has been unable to reach Plaintiff's counsel to discuss outstanding discovery since appearing in the case.

11. Therefore, the Defendants respectfully request an extension of the discovery schedule for 60 days so that a fact discovery may be completed.

12. Defendant further respectfully requests leave to proceed with plaintiff's deposition while incarcerated.

WHEREFORE, Defendants Cook County, Superintendent Thomas Commander Tate, Seargant McCoy respectfully request of this Honorable Court, an Order:

1. Granting Defendants' Motion pursuant to Fed.R.Civ.Pro 30(a)(2)(B) allowing leave to proceed with Plaintiff's deposition while incarcerated; and,

2. Extending the discovery deadline to January 30, 2017; and,

3. For any other relief that this Honorable Court deems just.

Respectfully Submitted,

**SANCHEZ DANIELS & HOFFMAN, LLP**

By: _____
Kelly M. Cronin, Special Assistant State's Attorney
One of the Attorneys for Defendants

Gerald M. Dombrowski gdombrowski@sanchezdh.com
Kelly M. Cronin (ARDC# 6308813) kcharrison@sanchezdh.com
SANCHEZ DANIELS & HOFFMAN, LLP
333 West Wacker Drive, Suite 500
Chicago, Illinois 60606
P: (312) 641-1555
F: (312) 641-3004