# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois − CM/ECF LIVE, Ver 6.1.1.2
### Eastern Division

Byron White

                Plaintiff,

v.

          Case No.: 1:16−cv−07120
          Honorable Sara L. Ellis

Cook County, et al.

                Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Wednesday, September 6, 2017:

      MINUTE entry before the Honorable Sara L. Ellis: Status hearing held on 9/6/2017. Plaintiff's motion for order compelling discovery [44] is granted. Parties are required to have a telephonic conference to discuss outstanding documents. Defendants ordered to produce outstanding documents by 10/31/2017. Fact discovery ordered closed by 11/30/2017. Status hearing set for 12/13/2017 at 9:30 AM. Defendants shall make Plaintiff available by phone. Referral entered to Magistrate Judge Kim for settlement conference. The Court recruits counsel for the limited purpose of settlement. Mailed notice(rj, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.

