Case: 1:16-cv-07120 Document #: 52 Filed: 10/13/17 Page 1 of 1 PageID #:178

# U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS
## ATTORNEY APPEARANCE FORM

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

In the Matter of                                              Case Number: 16 CV 7120
BYRON WHITE,
                        Plaintiff,
                v.
COOK COUNTY, SUPERINTENDENT THOMAS
COMMANDER TATE AND SGT. MCCOY,

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

Defendants, Cook County, Superintendent Thomas, Commander Tate and Sgt. McCoy.

| | |
|---|---|
| NAME (Type or print) <br> KELLY M. CRONIN | |
| SIGNATURE (Use electronic signature if the appearance form is filed electronically) <br> s/ Kelly M. Cronon | |
| FIRM <br> SANCHEZ DANIELS & HOFFMAN LLP | |
| STREET ADDRESS <br> 333 West Wacker Drive - Suite 500 | |
| CITY/STATE/ZIP <br> Chicago, Illinois 60606 | |
| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS) <br> 6308813 | TELEPHONE NUMBER <br> 312-641-1555 |
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | YES ☐   NO ☑ |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | YES ☐   NO ☑ |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | YES ☐   NO ☑ |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | YES ☐   NO ☑ |
| IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS. <br> RETAINED COUNSEL ☐    APPOINTED COUNSEL ☐ | |

EXHIBIT
B