

# Sanchez Daniels & Hoffman LLP
Attorneys and Counselors

333 West Wacker Drive - Suite 500
Chicago, Illinois 60606

Phone: (312) 641-1555
Facsimile: (312) 641-3004

E-mail: sdh@sanchezdh.com
www.sanchezdh.com

October 20, 2017

Joanna Kamba
Joanna.kamba@cookcountyIL.gov

    RE:    Bryon White v. Cook County
                16 C 7120

Dear Ms. Kamba:

    I represent the Defendants in the above-captioned civil rights matter, opposing one of your inmates, Bryan White (2014-0918251), pending in Federal Court in Chicago. Please kindly make Mr. White available for a telephone conference status hearing with Judge Ellis on **Wednesday, December 13, 2017 at 9:30 a.m (pursuant to the attached court order).** I have attached our appearance in this matter as well as the Sherriff's inmate telephone conference form, per your request.

I appreciate your assistance with this matter. Please let me know whether you require any additional information to process this request, and feel free to call me at (312)214-3035 with any questions or comments.

                              Sincerely,

                              SANCHEZ DANIELS & HOFFMAN LLP

                              By: Kelly Cronin Harrison

**EXHIBIT**
C