**Kelly Cronin Harrison**

---

**From:** Joanna Kamba (Sheriff) <Joanna.Kamba@cookcountyil.gov>
**Sent:** Thursday, November 09, 2017 8:14 AM
**To:** Nancy A. Ledesma
**Cc:** Kelly Cronin Harrison
**Subject:** [EXTERNAL] Re: Byron White v. Cook County  16 C 7120; Our File No: CCS-77359

**Follow Up Flag:** Follow up
**Flag Status:** Flagged

Ms. Ledesma,

Please note that Mr. White has been discharged since **February 16, 2017** and is residing at Vandalia Correctional Facility.  We are unable to schedule the November 14th and the December 13th court calls unless he's returned to our facility.  Vandalia's information is below.

# Facility Address

**Business Mail:**
Route 51 North
P.O. Box 500
Vandalia, Il 62471
**Inmate Mail:**
Inmate Name & IDOC#
P.O. Box 500
Vandalia, IL 62471
**Phone:** (618) 283-4170
**Fax:** (618) 283-9147

Thank you!

*Joanna Kamba*
Department of Inmate Services
Department of Corrections - Cook County Sheriff's Office
Division 5 1st Floor Room 1290
Phone (773) 674-5091
joanna.kamba@cookcountyil.gov

---

**From:** Nancy A. Ledesma <NLedesma@SanchezDH.com>
**Sent:** Monday, October 23, 2017 3:02 PM
**To:** Joanna Kamba (Sheriff)
**Cc:** Kelly Cronin Harrison
**Subject:** Byron White v. Cook County 16 C 7120; Our File No: CCS-77359

Dear Ms. Kamba


EXHIBIT D