# Kelly Cronin Harrison

**From:** Nancy A. Ledesma
**Sent:** Tuesday, November 14, 2017 10:54 AM
**To:** Butkauskas, Chris
**Cc:** Kelly Cronin Harrison
**Subject:** Byron White #B53533
**Attachments:** Butkaukas Tele Requests 11-14-17.pdf

Dear Mr. Butkaukas:

Enclosed please find two Telephone Requests and a Notification of Docket Entry regarding Mr. Byron White. Thank you.

Nancy Ledesma
Assistant to Hugh C. O'Donnell
Assistant to John S. Huntley
Assistant to Michael T. Franz
Assistant to Kelly Cronin Harrison
SANCHEZ DANIELS & HOFFMAN LLP
333 West Wacker Drive
Suite 500
Chicago, Illinois 60606
(312)214-3071 Direct Dial
(312)641-1555 Main Line
(312)641-1819 Fax

EXHIBIT E