# Kelly Cronin Harrison

**From:** Butkauskas, Chris <Chris.Butkauskas@illinois.gov>
**Sent:** Wednesday, November 15, 2017 11:56 AM
**To:** Nancy A. Ledesma
**Cc:** Kelly Cronin Harrison
**Subject:** [EXTERNAL] RE: Byron White #B53533

Nancy, I have just been notified that White is being transferred to East Moline CC today. You will have to do this process all over again.

Christopher Butkauskas - AAII
Vandalia Correctional Center
Phone (618) 283-4170 ext. 2279
Chris.Butkauskas@illinois.gov

**From:** Butkauskas, Chris
**Sent:** Tuesday, November 14, 2017 11:25 AM
**To:** 'Nancy A. Ledesma'
**Cc:** Kelly Cronin Harrison
**Subject:** RE: Byron White #B53533

Nancy, both confirmations are attached.

Christopher Butkauskas - AAII
Vandalia Correctional Center
Phone (618) 283-4170 ext. 2279
Chris.Butkauskas@illinois.gov

**From:** Nancy A. Ledesma [mailto:NLedesma@SanchezDH.com]
**Sent:** Tuesday, November 14, 2017 10:54 AM
**To:** Butkauskas, Chris
**Cc:** Kelly Cronin Harrison
**Subject:** [External] Byron White #B53533

Dear Mr. Butkaukas:

Enclosed please find two Telephone Requests and a Notification of Docket Entry regarding Mr. Byron White. Thank you.


Nancy Ledesma
Assistant to Hugh C. O'Donnell
Assistant to John S. Huntley
Assistant to Michael T. Franz
Assistant to Kelly Cronin Harrison
SANCHEZ DANIELS & HOFFMAN LLP
333 West Wacker Drive
Suite 500
Chicago, Illinois 60606
(312)214-3071 Direct Dial
(312)641-1555 Main Line
(312)641-1819 Fax



EXHIBIT F