```
*************** -COMM. JOURNAL- ******************* DATE NOV-16-2017 ***** TIME 15:16 ********

        MODE = MEMORY TRANSMISSION              START=NOV-16 15:10      END=NOV-16 15:16

         FILE NO.=679

STN    COMM.     STATION NAME/EMAIL ADDRESS/TELEPHONE NO.       PAGES        DURATION
NO.

001     OK       ☎13097556484                                   003/003      00:01:36




                                                       -SANCHEZ DANIELS & HOFFMAN-

***** UF-8200 *********************** -         - ***** -      312 641 1819- *********
```

# SD&H

## Sanchez Daniels & Hoffman LLP

Attorneys and Counselors

333 West Wacker Drive • Suite 500
Chicago, Illinois 60606

Phone: (312) 641-1555
Facsimile: (312) 641-3004

E-mail: sdh@sanchezdh.com
www.sanchezdh.com

November 16, 2017

*Via Facsimile: 309-755-6484*
East Moline Correctional Center
Attn: Ayla Lucas

      RE:    Bryon White v. Cook County
              16 C 7120

Dear Ms. Lucas:

      I represent the Defendants in the above-captioned civil rights matter, opposing one of your inmates, a *pro se* litigant, Bryan White (2014-0918251), pending in Federal Court in Chicago. Please kindly make Mr. White available for the following telephone conferences:

- Status hearing with Judge Ellis on **Wednesday, December 13, 2017 at 9:30 a.m** (pursuant to attached court order), and

- Rule 26(f) Phone Conference regarding outstanding discovery documents on **November 20, 2017 at 11:00 a.m.** (pursuant to attached court order).

I have attached our appearance in this matter, for your convenience.

I appreciate your assistance with this matter. Please let me know whether you require any additional information to process this request, and feel free to call me at (312)214-3035 with any questions or comments.

      Sincerely,

      SANCHEZ DANIELS & HOFFMAN LLP

      *Kelly C. Harrison*

Kelly Cronin Harrison, Special Assistant State's Attorney
KCHarrison@SanchezDH.com



EXHIBIT G