UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| BYRON WHITE, ) | |
| ) | 16 CV 7120 |
| Plaintiff, ) | |
| ) | Judge Sara L. Ellis |
| vs. ) | |
| ) | |
| COOK COUNTY, SUPERINTENDENT THOMAS ) | |
| COMMANDER TATE, SGT. MCCOY, ) | |
| ) | |
| Defendants. ) | |

**DEFENDANTS' MOTION TO CLARIFY COURT ORDER OF SEPTEMBER 6, 2017**

Defendants, Cook County, Superintendent Thomas, Commander Tate and Sergeant McCoy, (Hereinafter, "Defendants"), by their attorneys, Sanchez Daniels & Hoffman LLP, respectfully move this Honorable Court to clarify its Order dated September 6, 2017. In support hereof, Defendants state as follows:

1. On September 6, 2017, Plaintiff presented his Motion to Compel Discovery. His Motion was granted.

2. The Court ordered the parties to have a telephonic conference to discuss outstanding documents and specifically, ordered Defendants to produce outstanding documents by 10/31/2017.

3. This case was recently transferred from the State's Attorney's office to Sanchez, Daniels & Hoffman, LLP.

4. Counsel for Defendants has conferenced with the previous Assistant State's Attorney as well as the *Pro Se* Plaintiff regarding the outstanding discovery.

5. Defendants have already produced the following documents (Contained in Defendants' Answer to Plaintiff's First Set of Production of Document Requests):

- Work orders Bates Stamped 00011-00016, 00017-00019 and 00020-00025.
- Document retention policy Bates Stamped 000299-000327.
- Sanitation documents Bates Stamped 000328-000344.
- Housing List Bates Stamped 0003-00010 and 00026.

5. After Counsel for Defendants conversed with the previous Assistant State's Attorney as well as the *Pro Se* Plaintiff, it remains unclear precisely what documents the Court ordered Defendants to produce.

6. As such, Defendants respectfully request this Honorable Court for clarification with respect to the September 6, 2017 Order.

WHEREFORE, Defendants, Cook County, Superintendent Thomas, Commander Tate and Sergeant McCoy, respectfully request that this Honorable Court enter an order clarifying the Order dated September 6, 2017 and granting all such further relief as the court deems appropriate.

Respectfully submitted,

COOK COUNTY, SUPERINTENDENT THOMAS
COMMANDER TATE, SGT. MCCOY

By: /s/ Kelly M. C.
One of Their Attorneys

Kelly M. Cronin
Gerry M. Dombrowski
Sanchez Daniels & Hoffman
333 W. Wacker Dr., Suite 500
Chicago, Illinois 60606
(312) 214-3043
Firm No: 42258