UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

Byron White
Plaintiff
vs.                    CASE NO: 16-CV-7120

Cook County et.al,
Defendants.

THE HONORABLE SARA ELLIS

MOTION FOR SANCTIONS

Plaintiff moves this court pursuant to rule 37(d)1(A)

In support thereof plaintiff attaches affidavit wherefore plaintiff prays this honorable court to grant the foregoing motion for sanction in the instant action.

FILED
DEC -1 2017
THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

STATE OF ILLINOIS )
                  ) ss    1 of 2
COUNTY OF COOK    )

### AFFIDAVIT

I, Byron White, do hereby declare and affirm that the following information within this affidavit is true and correct in substance and in facts.

That on the date of Apr. 3-2017 I Byron White, the Plaintiff in case no. 16-cv-7120 White v Cook County et. al., cause to be filed "Plaintiffs First Set of production of Documents Request Upon Defendant". And that on or about the 5th day of May, 2017 I Mr White + defendants Attorney Jordan Matthis, had a conference by Phone. According to civil procedure Rule 16(b), where we "agreed" to a case plan, in which the direction of this case would go. However defendants failed to keep up with their part of the Agreement. In a Show of good faith I the plaintiff issued the defendant by way of mail a "notice of Difficiencies" to the First response of Discovery on 6/27-2017. Defendant failed to comply + plaintiff was caused to file a "motion to compel Discovery" on July, 20-2017.

On Sept 6, 2017 the Honorable Judge Sara Ellis instructed the defendants to have discovery in by oct 31, 2017 and as of todays date 11/14-2017 it has not been met. Because of this Plaintiff seeks the court to → (pg 2)

Pursuant to 28 USC 1746, 18 USC 1621, or 735 ILCS 5/1-109, I declare, under penalty of perjury that everything contained herein is true and accurate to the best of my knowledge and belief. I do declare and affirm that the matter at hand is not taken either frivoulously or maliciously and that I believe the foregoing matter is taken in good faith.

Signed on this 14 day of November, 2017.

Byron White
Affiant

sanction defendants cook county for failure to comply.

The plaintiff has made good will attempts to have defendants to comply with his request an defendants has failed to do so which brought about the attached "motion" in the instant action.

Respectfully submitted

S Byron White

Plantiff: Byron White #B53533
100 Hillcrest RD
East moline, IL 61244


Certificate of Service

This certify that I have served true & correct copies of the fere going upon: Kelly Cronin, Cook County etal Attorney 333 West Wacker Dr. Suite 500 Chgo, IL 60606
Via U.S mail prepaid postage on this day 22 of November 2017

S Byron White

B. WHITE 753533
100 Hillcrest RD.
East moline, IL 61244

Legal mail

INMATE MAIL
FROM IL DEPT OF
CORRECTIONS

neopost
11/27/2017
US POSTAGE $000.21⁰

ZIP 61244
041M12251700

FOREVER USA

ATT: Prisoner Correspondence

Office of
Clerk of The U.S District court
United States Court House
219 S. Dearborn ST.
Chgo, IL 60604



RECEIVED
DEC 01 2017
THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT



12/01/2017-41



THIS ENVELOPE IS RECYCLABLE AND MADE WITH 30% POST CONSUMER CONTENT

© USPS 2013