11/15/17

Re: Case No: 16 CV 7120

White v. Cook County et.al

Notice of Change of Address

Change of Address

Dear Prisoners correspondent

I'm writing to inform you of an address change to: Byron White
B5
East moline c.c.
100 Hillcrest Rd
East moline, IL 61244

Please send all future papers to the address above.
Thank you

Byron White
B53533
East moline cc
100 Hillcrest rd
East moline, IL 61244

FILED
DEC -1 2017
THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT