CCS-77359 WM/KCH

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

BYRON WHITE, )
                               )      16 CV 7120
        Plaintiff, )
                               )      Judge Sara L. Ellis
    vs. )
                               )
COOK COUNTY, SUPERINTENDENT THOMAS )
COMMANDER TATE, SGT. MCCOY, )
                               )
        Defendants. )

## DEFENDANTS' RESPONSE TO PLAINTIFF'S MOTION FOR SANCTIONS

NOW COME Defendants, Superintendent Thomas, Commander Tate and Sergeant McCoy, (Hereinafter, "Defendants"), by and through their attorneys, William C. Martin and Kelly M. Cronin of the law firm Sanchez Daniels & Hoffman LLP, and for their Response to Plaintiff's Motion for Sanctions, state as follows:

1.      On November 22, 2017, Plaintiff filed a Motion for Sanctions against the Defendants for the delay in supplementing their answers to Plaintiff's First Set of Production of Documents Request (hereinafter, "Plaintiff's First Request to Produce").

2.      Defendants acknowledge that their Supplemental Responses to Plaintiff's First Request to Produce are outstanding.

3.      As this Court is likely aware, Sanchez, Daniels and Hoffman recently appeared in this case. Specifically, Kelly M. Cronin filed her appearance on October 13, 2017. As such, the newly appeared counsel is working diligently to address the outstanding discovery and documents.

4.      On November 22, 2017, Defendants filed its Motion to Clarify the Court Order of September 6, 2017 in an attempt to determine precisely which documents it is to produce. On

November 29, 2017, the Court denied Defendants' motion to clarify and referred Defendants to the in-court transcript of September 6, 2017 (hereinafter, "The Transcript").

5.    On November 29, 2017, Defendants ordered The Transcript, again working to resolve the outstanding discovery issues.

6.    Defendants received The Transcript on December 5, 2017.

7.    As Such, Defendant is currently working with several Cook County agents in an effort to address the outstanding discovery.

8.    Further, since filing her appearance, Counsel for Defendant worked diligently to locate the Plaintiff in order to conduct a telephone conference regarding the outstanding discovery (*See* Defendants' Motion for Leave to Proceed with Deposition of an Incarcerated Individual and for Extension of Fact Discovery Deadline, filed on November 21, 2017).

9.    In that Motion, Counsel for Defendant, in good faith, advised the court of the difficulties of locating Plaintiff and requested an extension of time so that fact discovery may be completed.

10.    On November 21, 2017, Defendants filed its Motion for an extension of Fact Discovery after reviewing Defendant's Motion for Extension of Fact Discovery Deadline.

11.    On November 29, 2017, the Court extended fact discovery through January 30, 2018.

12.    As such, Defendants request that they be given until January 30, 2018 to produce outstanding documents.

WHEREFORE, Defendants, Superintendent Thomas, Commander Tate and Sergeant McCoy, respectfully request that this Honorable Court deny Plaintiff's Motion for Sanctions, and granting all such further relief as the court deems appropriate.


Respectfully submitted,

SUPERINTENDENT THOMAS
COMMANDER TATE, SGT. MCCOY


By: _____
One of Their Attorneys


William C. Martin (6272668)
Kelly M. Cronin (6308813)
KCHarrison@Sanchezdh.com
Sanchez Daniels & Hoffman
333 W. Wacker Dr., Suite 500
Chicago, Illinois 60606
(312) 214-3043
Firm No: 42258

3

## CERTIFICATE OF SERVICE

**TO:**    East Moline Correctional Center
         Attn: Legal Mail
         c/o Byron White  (B53533)
         100 Hillcrest Road
         East Moline, Illinois 61224


I, Kelly M. Cronin, certify that I served the above <u>Defendants' Response to Plaintiff's Motion for Sanctions</u> by causing to be mailed a copy to the above named person at the above address by United States Mail at 333 West Wacker Drive, Chicago, Illinois 60602, postage prepaid, before 5:00 p.m., on DECEMBER  11 , 2017.



                        /s/ Kelly M. Cronin
                        Kelly M. Cronin

4