CCS-77359                                                                                                                                     HOD/KCH

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | |
|---|---|
| BYRON WHITE, ) | |
|                                                               ) | 16 CV 7120 |
|             Plaintiff,    ) | |
|                                                                ) | Judge Sara L. Ellis |
| vs.        ) | |
|                                                               ) | |
| COOK COUNTY, SUPERINTENDENT THOMAS ) | |
| COMMANDER TATE, SGT. MCCOY    ) | |
|                                                               ) | |
|            Defendants.    ) | |

**DEFENDANTS' MOTION FOR EXTENSION OF TIME TO DEPOSE PLAINTIFF**

Defendants, Cook County, Superintendent Thomas Commander Tate, Seargant McCoy, by and through their attorneys, Hugh C. O'Donnell and Kelly M. Cronin, Sanchez Daniels & Hoffman LLP, state the following for their Motion for an Extension of Time to Depose Plaintiff:

1. This matter is a claim for damages under 42 U.S.C. §1983 against the Defendants arising out of an alleged occurrence wherein the toilet in Plaintiff's cell overflowed between November of 2015 and January of 2016.

2. On November 29, 2017, this Honorable Court set a fact discovery deadline of January 31, 2018 (Exhibit "A").

3. After completing outstanding written discovery and within the Court's deadline, Defense counsel arranged the plaintiff's deposition in the normal course by sending correspondence to the Illinois Department of Corrections facility holding the plaintiff. (Exhibit "B").

4. On January 22, 2018, the Plaintiff's deposition was confirmed and set to proceed.

5. On January 22, 2018 Defense counsel and a court reporter appeared at the Illinois Department of Corrections prepared to proceed but the Pro Se Plaintiff stated that he did not know his deposition was set to proceed.

6. Plaintiff requested the deposition be rescheduled so that he would have an additional two weeks to prepare.

7. Defense counsel informed Plaintiff that two additional weeks would place his deposition outside of the time ordered by the Court. Defendant reiterated his position that he was not prepared to proceed on that date.

8. As such, the Defendant requires additional time to depose the Plaintiff.

9. Therefore, the Defendants respectfully request an extension of the discovery schedule for 30 days so that Plaintiff may be deposed.

WHEREFORE, Defendants Cook County, Superintendent Thomas Commander Tate, Seargant McCoy respectfully request of this Honorable Court, an Order:

a) Extending the discovery deadline to February 31, 2018 and,

b) For any other relief that this Honorable Court deems just.

Respectfully Submitted,

**SANCHEZ DANIELS & HOFFMAN, LLP**

By: /s/Hugh C. O'Donnell
Hugh C. O'Donnell (ARDC#:6201724)
Special Assistant State's Attorney

Hugh O'Donnell (ARDC#6201724) hodonnell@sanchezdh.com
Kelly M. Cronin (ARDC# 6308813) kcharrison@sanchezdh.com
SANCHEZ DANIELS & HOFFMAN, LLP
333 West Wacker Drive, Suite 500
Chicago, Illinois 60606
P: (312) 641-1555
F: (312) 641-3004

2