UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois − CM/ECF LIVE, Ver 6.2.1
Eastern Division

Byron White
                               Plaintiff,
v.                                                Case No.: 1:16−cv−07120
                                                  Honorable Sara L. Ellis
Cook County, et al.
                               Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Wednesday, November 29, 2017:

    MINUTE entry before the Honorable Sara L. Ellis: Defendants' motion for leave to proceed with deposition of an incarcerated individual and for extension of fact discovery deadline is [58] denied as moot in part and granted in part. The Court previously gave leave on 5/17/17 for Defendants to depose Plaintiff at docket [41]. The Court extends fact discovery through 1/30/18. The Court denies Defendants' motion to clarify and refers Defendants to the in−court transcript from 9/6/17 [61]. The Court strikes the status date set for 12/13/17 and resets it to 1/31/18 at 9:30 AM. Mailed notice(rj, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.

