

# Sanchez Daniels & Hoffman LLP

Attorneys and Counselors

333 West Wacker Drive - Suite 500
Chicago, Illinois 60606

Phone: (312) 641-1555
Facsimile: (312) 641-3004

E-mail: sdh@sanchezdh.com
www.sanchezdh.com

January 8, 2018

| | |
|---|---|
| **VIA FACSIMILE**<br>**(309) 755-2589** | **VIA FACSIMILE TRANSMISSION**<br>**(217) 558-5609** |
| Angela Caudill<br>East Moline Correctional Center<br>100 Hillcrest Road<br>East Moline, Illinois 61224 | Danielle Roberson<br>Illinois Department of Corrections<br>1301 Concordia Court<br>Springfield, IL 62794 |

Re: White v. Thomas, Tate, McCoy
Court #: 16 CV 7120
Our File #: CCS-77359    HOD/KCH

To Whom It May Concern:

    Please allow this correspondence to confirm that our firm has been given the approval to proceed with the in-custody deposition of IDOC Inmate **Byron White (IDOC#B53533)** on **January 22, 2018 from 01:00 p.m. to 02:00 p.m.** On May 17, 2017, the Honorable Judge Ellis granted Defendants leave to take the deposition of Inmate Byron White. A copy of that Court order is attached.

    Present at the video conference deposition at the James R. Thompson Center, 100 West Randolph, 4th Floor, Chicago, Illinois will be Kelly Cronin Harrison from Sanchez Daniels & Hoffman LLP. Also, present will be a court reporter from Royal Reporting Services who will bring a laptop computer, stenographer machine and an audio recorder. Inmate **Byron White**, the *pro se* Plaintiff, will be present at East Moline Correctional Center.

    Should you have any questions regarding the above, please do not hesitate to contact the undersigned.

Sincerely,

SANCHEZ DANIELS & HOFFMAN LLP

*Kelly Cronin Harrison*

Kelly Cronin Harrison



Enclosure