**UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | | |
|---|---|---|
| BYRON WHITE, | ) | |
| | ) | 16 CV 7120 |
| Plaintiff, | ) | |
| | ) | Judge Sara L. Ellis |
| vs. | ) | |
| | ) | |
| COOK COUNTY, SUPERINTENDENT THOMAS | ) | |
| COMMANDER TATE, SGT. MCCOY, | ) | |
| | ) | |
| Defendants. | ) | |

**NOTICE OF MOTION**

On **January 31, 2018**, at **9:45 a.m.**, or as soon thereafter as counsel may be heard, I shall appear before the **Honorable Judge Sara L. Ellis,** or any judge sitting in her stead, in the courtroom usually occupied by her in **Room 1403** at the U.S.D.C. for the Northern District of Illinois, Eastern Division, Chicago, Illinois and shall then and there present the attached **Defendants' Motion for Extension of Time to Depose Plaintiff.**

Respectfully submitted,

**SANCHEZ DANIELS & HOFFMAN LLP**

By: /s/Hugh C. O'Donnell
Special Assistant State's Attorney
One of the Attorneys for Defendants

Hugh C. O'Donnell (ARDC#6201724)
hodonnell@sanchezdh.com
Kelly Cronin Harrison (ARDC #6308813)
kcharrison@sanchezdh.com
Special Assistant State's Attorneys
**SANCHEZ DANIELS & HOFFMAN, LLP**
333 West Wacker, Suite 500
Chicago, Illinois 60606
(312) 641-1555 - Telephone
(312) 641-3004 – Facsimile

## **CERTIFICATE OF SERVICE**

I hereby certify that on January 26, 2018, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF System which will send notification of such filing to the following:

**Pro Se-U.S. MAIL**
East Moline Correctional Center
Attn: Legal Mail
c/o Byron White (#B53533)
100 Hillcrest Road
East Moline, IL 61224

Justin O'Neill Kay
Drinker Biddle & Reath LLP
191 North Wacker Drive
Suite 3700
Chicago, IL 60606