**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | |
|---|---|
| BYRON WHITE (#B53533), ) | |
| ) | |
| Plaintiff, ) | |
| ) | No. 16 C 7120 |
| v. ) | |
| ) | Judge Sara L. Ellis |
| COOK COUNTY, et al., ) | |
| ) | |
| Defendants. ) | |

## ORDER

Plaintiff's motion for sanctions [65] is denied without prejudice. Defense counsel shall review the in-court transcript from September 6, 2017, and before the close of discovery on January 30, 2018, provide documents to Plaintiff in compliance with the Court's instructions. The Clerk of Court is directed to send a copy of this Order to counsel of record and to Plaintiff at East Moline Correctional Center. *See* Doc. 66.

Date:  January 26, 2018                                   /s/  Sara L. Ellis_____