FILED
FEB 15 2018 NO
THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

To The Honorable: SARA L. ELLIS — 2/5/2018

age

Your Honor Sara L. Ellis, I Byron White, am writing this letter to inform you & the court of the defendant Cook County by & through their attorneys Sanchez Daniels & Hoffman LLP By: Kelly Cronin, Harrison — deceptive practices & untrue documents being presented to you & this court. In this letter I intend to display some untrue facts thats being placed in legal documents presented to this court.

1. First Being: Defendants Motion to or for Leave To Proceed With Deposition of Incarcerated Individual & for Extention of Fact Discover Deadline. (filed 11/22-2017)

At Line #8 & #9 & 10 I spoke with Kelly Cronin on the date of Nov 20, 2017 at 1:00 pm & we discuss outstanding discovery & I explained to her what was exactly missing on that date. Defendants Attorney filed this motion on Nov. 22 in the District Court, a Legal Document filled with untruth. (See Attached.)

2. Second Being: Defendants Motion for Extension of Time To Depose Plaintiff.

Your Honor I am not or I have never attended Law school but I can read + According to Rule 30 (B)(b)(1) notice in General — A party who wants to depose a person by oral Question "must" give "Reasonable" written notice to party. etc etc I know you are familiar.

Your Honor I never received notice of this event until the day + time of the event, or what method of Recording, neither what means or by what Remote.

The Defendant Attorney Kelly Crewin would have you believe lines # 4 + 5 of Defendants motion. (Filed 1/26-2018)

Defendants neither sent me a written notice, or appeared at East moline correctional center. So I never confirmed a date + it was a Skype interview scheduled. I was called from a job assignment to attend. (see attached

Your Honor Sara Ellis, at this time I would like if I may ask ~~to be~~ that my Request for counsel be Reconsidered if only for deposition

purpose that would be fine in light of these facts.

Also my motion for Sanctions, it was denied, However as of Jan 31 2018 Discover is still not complete & I would ask that my motion be Reconsidered by the court.

I have limited access to the Law Library Here, I Have a Job Assignment 5 days a week 6:30 am – 2:15 pm.

Every Thing I Have written in this Document is True

Byron White
#B53533
East moline C.C
100 Hillcrest RD
East moline, Ill 61244

## ILLINOIS DEPARTMENT OF CORRECTIONS

## Offender Request

**Offender Name:** Byron White  **ID #:** B 53533  **Living Unit:** 6-33
**Job Assignment:** Commissary  **Shift:** _____

Please refer to the directory located in your orientation manual and address proper personnel.

**To:** Counselor

I request ☐ interview ☐ cell assignment ☐ visit ☐ Trust Fund ☐ purchase ☐ other (specify) _____
for the purpose of (explain): I Apologize for my lack of specification + I Appreciate the quick Response — I Need The "date" of mail received from Sanchez Daniels + Hoffman for month of

_Byron White_  2/7/2018    over →
Offender's Signature    Date    please →

**DO NOT WRITE BELOW THIS LINE**

**Remarks by staff (if necessary):** ATTACHED

**Remarks by supervisor (if necessary):** _____

Print Staff Name    Print Supervisor Name
Staff Signature    Date    Supervisor Signature    Date

Distribution: Affected Unit    DOC 0286 (Rev. 4/2010)

*Printed on Recycled Paper*

Jan 2018 + also of a confirmation phone call received from same firm Nov-20-2017 I believe. And their was a deposition set for Jan 22 - I believe can I have the Skype location or information about the link. Its very important to me + its for court purposes

I Thankyou + Appreciate it

Byron White

Please can this all be on D.O.C Letter Head    Thank you.

# State of Illinois - Department of Corrections
## Counseling Summary

| | | | |
|---|---|---|---|
| **IDOC #** | B53533 | **Counseling Date** | 01/19/18 07:14:06:920 |
| **Offender Name** | WHITE, BYRON | **Type** | Personal |
| **Current Admit Date** | 02/16/2017 | **Method** | Other |
| **MSR Date** | 09/01/2020 | **Location** | EMO MAILROOM |
| **HSE/GAL/CELL** | U1-06-33 | **Staff** | WILLIAMS, KAREN L., Office Administrator III |

Received legal mail from Sanchez Daniels and Hoffman, LLP, Attorneys and Counselors, 333 West Wacker Drive, Suite 500 in Chicago, Illinois 60606

THIS WAS ALREADY PROVIDED TO YOU. DATE IS LISTED ABOVE.

THAT IS ONLY MAIL RECEIVED FROM THESE ATTORNEYS FOR JANUARY. YOU WOULD HAVE THE POSTMARKED ENVELOPE IN YOUR POSSESSION.

MR TERRONEZ HAS ENTRY IN COUNSEL SUMMARY DATED 1-22-18 STATING HE WAS WITH YOU FOR VIDEO CONFERENCE CALL AND YOU ASKED FOR 2 WEEKS TO PREPARE FOR IT AND THEY GRANTED IT TO YOU. THIS IS ALL I CAN PROVIDE.

**Print Date** 2/8/2018

# State of Illinois - Department of Corrections
## Counseling Summary

| | | | |
|---|---|---|---|
| **IDOC #** | B53533 | **Counseling Date** | 11/20/17 12:09:59:387 |
| **Offender Name** | WHITE, BYRON | **Type** | Personal |
| **Current Admit Date** | 02/16/2017 | **Method** | Face To Face |
| **MSR Date** | 09/01/2020 | **Location** | EMO HOUSING UNIT 1 |
| **HSE/GAL/CELL** | U1-06-33 | **Staff** | HUTTON, MICHAEL J., Correctional Counselor II |

provided atty call from xt 2111 from approx 930am-1005am  312.641.1555

*[handwritten annotation]: NO DETAILS OF WHO ATTORNEY WAS.*

**Print Date** 2/8/2018

B. WHITE - B53533
100 Hillcrest RD
East Moline, IL 61244

Legal mail

Clerk of the Office of
United States court House
ATT SARA L. ELLIS
219 S. Dearborn St.
Chgo, IL 60604

ATT prisoner
correspondence

INMATE MAIL
FROM IL DEPT OF
CORRECTIONS

RECEIVED 2018 FEB 15 AM 8:47

02/15/2018-21

© USPS 2016

THIS ENVELOPE IS RECYCLABLE AND MADE WITH 30% POST CONSUMER CONTENT

FSC MIX Paper