# IN THE UNITED STATES DISTRICT COURT
# FOR THE
# NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

Byron White
,

Plaintiff(s),

v.

Cook County et al,

Defendant(s).

Case No. 16-cv-7120
Judge Sara L. Ellis

## **ORDER**

The Court recruits Thomas Joseph Wiegand, MoloLamken LLP, 300 North LaSalle Street Suite 5525 Chicago, 60654 IL, 3124506700, twiegand@mololamken.com to represent Plaintiff.

Date: 3/5/2018                               /s/ Sara L. Ellis, U.S. District Judge